# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STEVEN PATTERSON, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WORKHORSE CUSTOM CHASSIS, LLC, a corporation; BANK OF AMERICA, a corporation; POWER GEAR, a business entity form unknown; MCMAHON'S RV IRVINE, a business entity, form unknown; and DOES 1 through 10, inclusive,<br>　　　　　　　　　Defendants. | Case No.: SACV-09-1329 DOC (MLGx)<br><br>**JUDGMENT ON COUNTER CLAIMANT BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT OF COUNTER CLAIM**<br><br>**Following Order Granting Motion Dated June 29, 2012 [Docket #143]** |
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　Counter-Claimant,<br><br>　vs.<br><br>STEVEN PATTERSON, an individual,<br><br>　　　　　　　　　Counter-Defendant. | **Hearing:**<br>**Date:**　June 25, 2012<br>**Time:**　8:30am<br>**Dept.:**　9D |
| MEGA RV CORP, a California corporation doing business as MCMAHON'S RV,<br><br>　　　　　　　　　Cross-Claimants,<br><br>　vs.<br><br>CUMMINS, INC., an Indiana corporation; NORCO INDUSTRIES, INC., a California corporation doing business as ADNIK; ROES 1—10, inclusive<br>　　　　　　　　　Cross-Defendants. | Complaint Filed:　Nov. 12, 2009<br>Trial Date:　　　　August 28, 2012 |

1  The Court, having considered the Motion For Summary Judgment filed by Counter Claimant Bank of America, N.A., ("BofA"), and having considered all moving and opposing papers, and the argument of counsel, hereby makes the following conclusions of law:

1. The Court has jurisdiction of this action pursuant to 28 U.S.C. §1331.

2. On or about October 14, 2008, Steven Patterson executed a Retail Installment Sale Contract ("Contract") under which he agreed to purchase the Motorhome on credit based upon specific terms and repayment obligations.

3. BofA took assignment of the Contract from Mega RV for value and performed its obligations under the Contract.

4. Steven Patterson has no valid excuse to making payments under the express terms of the Contract.

5. Steven Patterson breached the terms of the Contract by failing and refusing to make payments to BofA as required under the express provisions of the Contract.

6. BofA sustained damages resulting from Steven Patterson's breach of the Contract.

7. BofA is entitled to recover its damages from Steven Patterson in the amount of $115,415.17 plus interest at the daily rate of $20.35 until paid.

8. BofA is entitled to repossession of the Motorhome so that BofA might mitigate its damages and off-set the balance Mr. Patterson owes to BofA.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be granted in favor of Counter Claimant Bank of America, N.A., and against Counter Defendant Steven Patterson, on each and every claim and cause of action alleged in the Counter Claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Counter Defendant Steven Patterson pay to Counter Claimant Bank of America, N.A., the amount of $115,415.17 plus interest at the daily rate of $20.35 until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Counter Defendant Steven Patterson immediately relinquish possession, custody and control of the Motorhome, identified as a 2007 Holiday Rambler Vacationer, bearing Vehicle Identification Number 1RF31346X72042449, to Counter Claimant Bank of America, N.A., and that Bank of America, N.A., upon taking possession of the Motorhome, mitigate its damages and credit the mitigation amount against the amount of damages awarded hereunder.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Judgment is final for all purposes upon entry hereof and may be enforced to the fullest extent of the law.

Dated: August 10, 2012     _____
                            HONORABLE DAVID O. CARTER
                            UNITED STATES DISTRICT COURT JUDGE

JUDGMENT ON COUNTER CLAIMANT'S
MOTION FOR SUMMARY JUDGMENT
SACV-09-1329-DOC

3