NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| STEVEN PATTERSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC, a corporation; BANK OF AMERICA, a corporation: POWER GEAR, a business entity, form unknown: McMAHON'S RV IRVINE, a business entity, form unknown; and DOES 1 through 10, inclusive,,<br><br>    Defendants. | **CASE NO.:** SACV09-1329 DOC (ANx)<br><br>**JUDGMENT REGARDING DEFENDANT POWER GEAR** |

After consideration of the papers in support of and in opposition to Defendant POWER GEAR's ("Power Gear" or "Defendant") Motion for Summary Judgment and the oral argument of counsel, on June 29, 2012, and after consideration of the papers in support of Defendant Power Gear's Motion in Limine No. 1 as to Plaintiff's first claim for breach of the implied warranty of merchantability, on August 23, 2012, this Court issued orders as follows:

    1.    This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331.

    2.    Defendant Power Gear did not manufacture the living room slide out or

1  its parts and therefore has no liability to Plaintiff on any cause of action asserted in the
2  First Amended Complaint as to the living room slide out.

3     3. The Court granted summary judgment in favor of Power Gear and
4  against Plaintiff as to Plaintiff's fourth claim regarding breach of express warranty
5  under the Magnuson-Moss Warranty Act and the California Song-Beverly Act.

6     4. The Court granted summary judgment in favor of Power Gear and
7  against Plaintiff as to Plaintiff's fifth claim regarding failure to repair within
8  reasonable number of attempts under the Magnuson-Moss Warranty Act and the
9  California Song-Beverly Act.

10    5. The Court ruled that Plaintiff's third claim for breach of express warranty
11  was redundant to Plaintiff's fourth and fifth claims.

12    6. The Court granted Power Gear's Motion in Limine No. 1 as to Plaintiff's
13  first claim for breach of the implied warranty of merchantability based on the law of
14  the case.

15    7. Plaintiff dismissed with prejudice his second claim against Power Gear
16  for breach of the implied warranty of fitness for a particular purpose.

17    8. Plaintiff shall take nothing by way of each of every of his claims for
18  relief in his First Amended Complaint against Power Gear.

19    9. The above-captioned matter be and is hereby dismissed in its entirety
20  pursuant to the Plaintiff's and Power Gear's representations that they settled.

21  DATED: September 5, 2012    By: /s/ David O. Carter
22                                                 Honorable David O. Carter
                                               United States District Court Judge