1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN PATTERSON, an individual ) | CASE NO.  SACV 09-01329 DOC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN FAVOR OF** |
| ) | **NORCO INDUSTRIES, INC., AND** |
| BANK OF AMERICA, a corporation; ) | **AGAINST STEVEN PATTERSON** |
| POWER GEAR, a business entity, form ) | |
| unknown; MCMAHON'S RV IRVINE, ) | |
| a business entity, form unknown; ) | |
| CUMMINS, INC., a corporation; ) | |
| NORCO INDUSTRIES, INC., dba ) | |
| ADNIK, a corporation; and Does 1-10, ) | |
| inclusive, ) | |
| ) | *Complaint Filed:  November 12, 2009* |
| Defendants. ) | *Trial Date:  August 28, 2012* |
| ) | |
| ) | |
| And related counter and cross claims. ) | |
| ) | |
| ) | |

The Court having granted defendant/cross-defendant NORCO INDUSTRIES INC.'s ("Norco") motion for summary judgment and disposing, in favor of Norco, on all of plaintiff STEVEN PATTERSON's ("Plaintiff") claims and there being no further proceedings pending in this action, judgment against Plaintiff and in favor of Norco is rendered as follows:

1.  Plaintiff shall take nothing by way of each and every one of his claims for relief in his First Amended Complaint against Norco.

2.  The above-captioned matter be and is hereby dismissed in its entirety on the merits as to Norco.

DATED: October 17, 2012

_David O. Carter_

_____

David O. Carter,
United States District Judge

JUDGMENT IN FAVOR OF DEFENDANT NORCO INDUSTRIES INC.
AND AGAINST PLAINTIFF STEVEN PATTERSON